DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GIUSEPPE A. BOCCANFUSO, III,**
Appellant,

v.

**ARMOND QUARANTO,**
Appellee.

No. 4D22-482

[March 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 14-022426.

Ronald P. Gossett of Gossett & Gossett, P.A., Fort Lauderdale, for appellant.

Cristobal D. Padron of Cristobal D. Padron & Associates, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***